USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE ALDERMAN,

      Plaintiffs,

-against-

MEGABUS NORTHEAST, LLC d/b/a
MEGABUS.COM and JOHN TOMASZEWSKI,

      Defendants.
------------------------------------------------------------X

10 CV 8482 (PAC)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED and AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. *The case can be marked closed.*

Dated: New York, New York
   July 12, 2012

_____
KELNER and KELNER
Attorneys for Plaintiff
CHRISTINE ALDERMAN
140 Broadway, 37th Floor
New York, New York 10005
(212) 425-0700
By: Emil L. Samuels

_____
GALLO VITUCCI & KLAR
Attorney for Defendant MEGABUS
NORTHEAST, LLC d/b/a MEGABUS.COM
90 Broad Street, 3rd Floor
New York, New York 10004
(212) 683-7100
By:

_____
MCMAHON, MARTINE & GALLAGHER, LLP
Attorneys for Defendant JOHN TOMASZEWSKI
55 Washington Street, Suite 720
Brooklyn, NY 11201
(212) 747-1230
By: WILLIAM D. GALLAGHER

SO ORDERED: 10-16-12

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

1